# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD ALAN PEPIN and <br> MICHAEL RALPH WORLEY, <br><br> Defendants. | NO. CR09-400RSL <br><br> ORDER <br> TO CONTINUE TRIAL DATE |

The Court having reviewed the records and files herein including the stipulated motion to continue the trial date makes the following findings and enters the following order:

1. There are two defendants charged in the Indictment. One defendant, Donald Pepin, and his attorney reside in Florida state. As a result, attending in-person meetings, discovery conferences and court appearances are more difficult to plan and facilitate.

2. The government has produced a large volume of electronic discovery and intends to produce discovery in a "searchable" form as soon as available.

3. Defense counsel requires additional time to review the discovery in advance of the parties' discovery conference. Moreover, given the nature of this case, the parties anticipate the necessity of holding more than one discovery conference.

4. The ends of justice outweigh the best interest of the public and the defendants in a speedy trial. That failure to grant a continuance based upon the parties'

ORDER CONTINUING TRIAL — PAGE 1
U.S. v. DONALD ALAN PEPIN, ET AL. / CR09-400RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

need to review the discovery and evidence in this case and to adequately prepare the matter for trial would result in a miscarriage of justice.

IT IS HEREBY ORDERED that the pretrial motions cutoff date for defendants is continued from December 31, 2009 to August 20, 2010.

IT IS HEREBY ORDERED that the trial date is continued from February 8, 2010 to September 20, 2010.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from February 8, 2010 up to and including September 20, 2010 is excluded in the computation of time under the Speedy Trial Act.

DONE this 22nd day of January, 2010.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

 *s/ Patricia C. Lally*
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone:   (206) 553-2619
Fax:     (206) 553-0755
E-mail:  Patricia.Lally@usdoj.gov

ORDER CONTINUING TRIAL — PAGE 2
U.S. v. DONALD ALAN PEPIN, ET AL. / CR09-400RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970